UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PERALTA,<br><br>    Petitioner,<br><br>    v.<br><br>BEN CURRY, warden,<br><br>    Respondent.<br>_____ / | No. C 06-7230 SI (pr)<br><br>**ORDER OF DISMISSAL** |

    Petitioner filed a motion to dismiss in which he explained that he has concluded that his petition for writ of habeas corpus is time-barred. Petitioner's motion to dismiss his petition for writ of habeas corpus is GRANTED. (Docket # 8.) In light of that, respondent's motion to dismiss the petition is DENIED as moot (Docket # 7); and since petitioner paid the filing fee, his motion to proceed in forma pauperis is DENIED as moot. (Docket # 3.)  This action is DISMISSED. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: June 15, 2007

                                                                                    SUSAN ILLSTON<br>
                                                                  United States District Judge