UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PERALTA, | No. C 06-7230 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

This action is dismissed.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 15, 2007

_____
SUSAN ILLSTON
United States District Judge